SAMUEL LEDERMAN and Another, Respondents, v. MINNEAPOLIS FIRE AND

Marine Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.